

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anton Ewing<br><br>Plaintiff,<br>V.<br><br>PDX Capital Fund Corporation, an Oregon corporation; and Abdiel Castellanos, an individual<br><br>Defendant. | Civil Action No. 20-cv-00017-AJB-MDD<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

the Court denies Plaintiff's motion for default judgment against Defendants.  The case is closed

Date:  10/4/21

CLERK OF COURT
**JOHN MORRILL, Clerk of Court**
By:  s/ J. Mueller
J. Mueller, Deputy